IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO JOSHUA CASTILLO,

      Plaintiff,                          No. CIV S-08-3080 GEB GGH P

    vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.                  ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 12, 2009.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 26, 2009, request for an extension of time (Docket No. 10) is granted;

        2. Plaintiff will be granted thirty days beyond the original deadline, or until March 13, 2009, in which to file an amended complaint; and

        3. There will be no further extension of time.

DATED: February 2, 2009

                                                      /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
cast3080.36