IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO JOSHUA CASTILLO,

        Plaintiff,                    No. CIV S 08-3080 GEB GGH P

    vs.

SOLANO COUNTY JAIL, et al.,

        Defendants.            <u>ORDER</u>

                            /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed January 12, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.[1]

        The amended complaint states a cognizable claim for relief as to certain claims pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. To the extent that plaintiff seeks to assert claims against these defendants on behalf of

---

[1] Although plaintiff requested a thirty-day extension of time to file an amended complaint, by <u>Order</u>, filed on February 2, 2009, that order (docket # 12) appears to have crossed in the mail with the amended complaint he filed on January 28, 2009 (docket # 11), plaintiff has not filed a further amended complaint, and the time for doing so has expired.

1

unnamed third parties, those claims will be dismissed in concurrently filed <u>Findings and Recommendations</u>, as well as plaintiff's claims as to defendant Dolan regarding an incident dating from January 13, 2009.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Solano County Jail; Dr. Ravinder Kadevari (identified as Dr. Kadevari, Ravinder); Sheriff Gary R. Stanton; Jess Grapentine; PHA Chris Pilaczynski; Lieutenant Marsh; Sergeant Dolan.

2. The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed January 28, 2009 (docket # 11).

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Eight (8) copies of the endorsed amended complaint filed January 28, 2009 (docket # 11).

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 28, 2009

                                  /s/ Gregory G. Hollows
                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
cast3080.1am

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  REYNALDO JOSHUA CASTILLO,

11          Plaintiff,                    No. CIV S 08-3080 GGH P

12      vs.

13  SOLANO COUNTY JAIL, et al.,           <u>NOTICE OF SUBMISSION</u>

14          Defendants.                   <u>OF DOCUMENTS</u>

15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18          __1__    completed summons form

19          __7__    completed USM-285 forms

20          __8__    copies of the _January 28, 2009 (docket # 11)_
                                   Amended Complaint

21  DATED:

22

23                                              _____
                                                Plaintiff
24

25

26