1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   REYNALDO JOSHUA CASTILLO,
12          Plaintiff,                    2:08-cv-3080-GEB-GGH-P
13          vs.
14   SOLANO COUNTY JAIL, et al.,
15          Defendants.                   ORDER
16   _____/
17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action
18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate
19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.
20          On April 28, 2009, the magistrate judge filed findings and recommendations
21   herein which were served on plaintiff and which contained notice to plaintiff that any objections
22   to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed
23   objections to the findings and recommendations.
24          The court has reviewed the file and finds the findings and recommendations to be
25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
26   ORDERED that:

1

1.  The findings and recommendations filed April 28, 2009, are adopted in full;

2.  Plaintiff's third party claims against defendants Dr. Ravinder Kadevari (identified by plaintiff as Dr. Kadevari, Ravinder); PHA Chris Pilaczynski; Officer Jess Grapentine; Lieutenant Marsh; Sheriff Gary R. Stanton for having failed to quarantine plaintiff, or taken other steps to prevent the infection of unnamed other parties, when he was diagnosed with scabies and/or a staph infection are dismissed; and

3.  Plaintiff's claim against defendant Dolan that, on January 13, 2009, Dolan exposed plaintiff to the risk of infection by his cell placement, is dismissed as insufficient; to the extent that plaintiff claims that the conditions of confinement in the placement were filthy, that claim is dismissed without prejudice as not administratively exhausted.

Dated:  June 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge