IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO JOSHUA CASTILLO,

    Plaintiff,        No. 2:08-cv-3080 GEB KJN P

   vs.

SOLANO COUNTY JAIL, et al.,

    Defendant.      ORDER

_____/

       On March 5, 2010, this court granted in part plaintiff's motion to compel discovery. Dkt. Nos. 33, 40. The court directed defendants to produce additional discovery and to file a statement of compliance; and the court directed plaintiff to prepare and serve upon defendants Amended Requests for Admission. Dkt. No. 40. The court vacated the deadlines for discovery and for filing substantive motions pending further order of the court. Id.

       It appears that all parties have now complied with the court's order. See Dkt. Nos. 41 (Defendants' Notice of Compliance) and 45 (Plaintiff's Notice of Compliance and report of completion of outstanding discovery).

       Accordingly, IT IS HEREBY ORDERED that:

       1. The parties shall, within fourteen (14) days of the filing date of this order, file separate statements addressing whether any further discovery is warranted and, if so, specifically

1

identifying the discovery which is sought and the period of time required to obtain such discovery.

    2. The court will thereafter set deadlines for concluding discovery and for filing dispositive motions.

    SO ORDERED.

DATED: March 31, 2010

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

cast3080.stat.disc