IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

      Plaintiff,                    No. 2:08-cv-3080 GEB KJN P

    vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.            ORDER

_____/

        Plaintiff has filed a motion to compel further discovery from defendant Marsh. (Dkt. No. 55.) Although the motion is filed outside the September 17, 2010 motion deadline set by the court (see Dkt. No. 53), the court finds good cause to address the matters therein.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant Marsh shall, within fourteen (14) days after the filing date of this order, file and serve a response to plaintiff's motion filed October 1, 2010 (Dkt. No. 55).

////

////

////

////

////

1     2.  Plaintiff may, within seven (7) days after service of defendant's response, file a
2 reply.
3     SO ORDERED.
4 DATED: October 5, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7 cast3080.furth.disc.