IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

      Plaintiff,                    No. 2:08-cv-3080 GEB KJN P

   vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.         <u>ORDER</u>

                            /

        On October 6, 2010, this court directed defendant Marsh to respond to plaintiff's motion to compel further discovery filed October 1, 2010. Marsh timely responded, stating that he subsequently provided supplemental responses to the two requests pursued by plaintiff, viz., Plaintiff's Request for Admission No. 6, and Plaintiff's Request for Production No. 1. Review of plaintiff's arguments concerning the relevance of the further information sought, and review of the content of defendant's supplemental responses, indicates that no further matters remain in dispute. This conclusion is buttressed by plaintiff declining to file a reply to defendant's response, although given the opportunity.

////

////

////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel further
2 discovery (Dkt. No. 55) is denied as moot.
3       SO ORDERED.
4 DATED: November 4, 2010

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

cast3080.disc.frthr