IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

        Plaintiff,                      No. 2:08-cv-3080 GEB KJN P

    vs.

SOLANO COUNTY JAIL, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff requests an extension of time to file an opposition to the motion for summary judgment filed on January 20, 2011, by defendants Pilaczynski and Kadavari. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 3, 2011 motion for an extension of time (Dkt. No. 66) is granted;

        2. Plaintiff is granted thirty days after the filing date of this order in which to file and serve his opposition to the January 20, 2011 motion for summary judgment filed by defendants Pilaczynski and Kadavari (Dkt. No. 60); defendants' reply, if any, shall be filed and served seven days thereafter; and

        3. Due to common issues, plaintiff is also granted thirty days after the filing date of this order in which to file and serve his opposition to the January 27, 2011 motion for

1  summary judgment filed by the remaining defendants (Dkt. No. 65); defendants' reply, if any,
2  shall be filed and served seven days thereafter.
3          SO ORDERED.
4  DATED: February 9, 2011

                                                   /s/ Kendall J. Newman  
                                                 KENDALL J. NEWMAN  
                                                 UNITED STATES MAGISTRATE JUDGE

cast3080.eot