1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   REYNALDO J. CASTILLO,

11              Plaintiff,               No. 2:08-cv-3080 GEB KJN P

12       vs.

13   SOLANO COUNTY JAIL, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff is a state prisoner, proceeding without counsel and in forma pauperis,

17   with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 7, 2011, plaintiff filed a

18   motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1)  (Dkt. No. 78).  The court

19   found the appointment of counsel for plaintiff was warranted and, on October 31, 2011, granted

20   plaintiff's motion.  (Dkt. No. 79.)  Tania H. Colderbank has been selected from the court's pro

21   bono attorney panel to represent plaintiff, and she has agreed to be appointed.

22              In accordance with the above, IT IS HEREBY ORDERED that:

23              1.  Tania H. Colderbank is appointed as counsel in the above-entitled matter.

24              2.  Tania H. Colderbank shall notify Sujean Park, at (916) 930-4278 or via email

25   at spark@caed.uscourts.gov, if she has any questions related to the appointment.

26   ////

1          3.  The Clerk of the Court is directed to serve a copy of this order upon Tania H.

2    Colderbank, Colderbank Law, 117 J Street, Suite 300, Sacramento, California 95814.

3    DATED:  January 3, 2012

4

5                                          _____

6                                          KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE

7    cast3080.31

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26