IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

       Plaintiff,                    No. 2:08-cv-3080 GEB KJN P

   vs.

SOLANO COUNTY JAIL, et al.,

       Defendants.             <u>ORDER</u>

                                /

       Plaintiff is a state prisoner, proceeding in forma pauperis and with appointed counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983. Following the court's rulings on the parties' dispositive motions, the court granted plaintiff's request for appointment of counsel, and appointed counsel on January 4, 2012. Appointed counsel has now had sufficient time to meet with plaintiff and become familiar with the factual and legal issues that remain in this action.

       Accordingly, IT IS HEREBY ORDERED that counsel for the parties are directed to file, within thirty (30) days after the filing date of this order, a joint status report that provides the following:

       1. A statement whether this action is ready to proceed to trial. The parties shall each address whether there is any reason that the court should not presently set pretrial and trial

1

1  dates, and related deadlines.  The parties shall identify the anticipated length of trial, and also
2  identify any dates, within the next year, when they may be unavailable for trial or a trial
3  confirmation hearing in this court.
4          2. A statement whether it may be helpful to convene a settlement conference.
5  Should the parties, in consultation with counsel, believe that a settlement conference may be
6  helpful, they shall so inform the court and indicate whether the parties consent to convening such
7  conference before the undersigned magistrate judge, or would prefer assignment of another
8  magistrate judge.
9          SO ORDERED.
10 DATED:  May 21, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cast30880.jt.stat