IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO J. CASTILLO,<br><br>    *Plaintiff,*<br><br>vs.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>    *Defendants.*<br>_____ | Case No.  2:08-CV-03080 GEB KJN P<br><br>*STIPULATION AND ~~PROPOSED~~ ORDER RE EXTENSION OF TIME FOR PARTIES' JOINT STATUS REPORT SUBMISSION DEADLINE* |

Plaintiff Reynaldo Castillo ("Plaintiff"), by and through his undersigned counsel, and defendants Ravinder Kadevari, M.D., and Chris Pilaczynski ("Defendants"), by and through their undersigned counsel, Jerome Varanini (collectively, the "Parties"), hereby agree and stipulate to the following:

1. **WHEREAS**, Plaintiff's counsel was appointed by the Court on January 4, 2012, after discovery was closed;

2. **WHEREAS**, Parties have conferred and counsel has agreed that a 60-day extension of time to submit a joint status conference statement would be in the best interest of the case;

3. **WHEREAS**, Plaintiff's counsel has had a difficult time ascertaining what discovery has been propounded and responded to as a result of the Plaintiff's misplacement

or destruction of parts of the file; and, has had difficulties obtaining documents directly from plaintiff;

    4.  **WHEREAS**, Parties' counsel are working together to ensure that Plaintiff's counsel is in possession of all pertinent documentation, including all medical records available so that this matter may be evaluated to determine the necessity of the retention of medical expert(s) and/or the possibility of resolution of this matter in order to spare the expense involved in prolonged litigation;

    5.  **WHEREAS**, a tragedy in the Plaintiff's counsel's family will require significant time out of the office and the demands of Plaintiff's law practice have been extraordinary;

    6.  **WHEREAS**, the recent court order dated May 21, 2012 has required the submission of a Joint Status Report to the Court by June 21, 2012;

    7.  **WHEREAS**, the Parties respectfully request that the Court grant an extension of time to submit a joint status report to August 21, 2012, or at time that the Court deems reasonable.

    8.  **WHEREAS**, this is the first extension requested by Plaintiff.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

The time identified in the Court's Order dated May 21, 2012 requiring that a joint status report be filed by June 21, 2012, is now extended by sixty (60) days, so that the joint status report is now due on August 21, 2012.

////
////
////
////

1     **IT IS SO STIPULATED.**

2

3 Dated:  June 20, 2012                 **COLDERBANK LAW**

4

5                                             By:   *Tania H. Colderbank*

6                                             Tania H. Colderbank, Attorney for plaintiff
Reynaldo Castillo

7

8 Dated:  June 20, 2012                 **TRIMBLE SHERINIAN & VARANINI**

9

10                                             By: *[signature provided in Dkt. No. 84 at 3]*
Jerome Varanini, Attorney for defendants

11                                             Ravinder Kadevari, M.D., and Chris Pilaczynski

12

13 **IT IS SO ORDERED.**

14 **Date:  6/19/2012**

15                                             _/s/ Kendall J. Newman_

16                                             KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28