Tania H. Colderbank, Bar No. 213675
COLDERBANK LAW
112 J Street, Suite 301
Sacramento, California  95814
Phone:  (916) 440-0236
Facsimile:  (916) 822-5859
E-mail: tania@colderbanklaw.com

Attorney for Plaintiff Reynaldo J. Castillo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO J. CASTILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>    Defendants. | Case No.  2:08-CV-03080 GEB KJN P<br><br>SECOND STIPULATION AND <s>PROPOSED</s> ORDER RE EXTENSION OF TIME FOR PARTIES' JOINT STATUS REPORT SUBMISSION DEADLINE |

Plaintiff Reynaldo Castillo ("Plaintiff"), by and through his undersigned counsel, and defendants Ravinder Kadevari, M.D., and Chris Pilaczynski ("Defendants"), by and through their undersigned counsel, Jerome Varanini (collectively, the "Parties"), hereby agree and stipulate to the following:

1. **WHEREAS**, plaintiff's counsel was appointed by the Court on January 4, 2012, after discovery was closed;

2. **WHEREAS**, Parties have conferred and counsel has agreed that a 45-day extension of time to submit a joint status conference statement would be in the best interest of the case;

3. **WHEREAS**, plaintiff's counsel has experienced delays in scheduling conferences due to internal issues at Mule Creek State Prison and will be meeting with Mr. Castillo at Mule Creek State Prison for a legal visit on August 21, 2012;

4. **WHEREAS**, plaintiff's counsel has received on today's date additional discovery documentation from Defendant's counsel that has yet to be reviewed;

5. **WHEREAS**, the physician has indicated that he will need a minimum of two to three weeks once he has received his fees to review the medical records;

6. **WHEREAS**, this Court's findings have indicated that the plaintiff must have a physician to meet his burden of proof; plaintiff's counsel has spoken with a medical doctor who is board certified in both internal and infectious diseases about the likelihood of Mr. Castillo's diagnosis and medical causation;

7. **WHEREAS**, plaintiff's counsel's request for this Court's permission to incur fees so that this medical doctor can be formally retained for medical record review and a consultation is currently pending;

7. **WHEREAS**, the recent court order dated June 19, 2012 has required the submission of a Joint Status Report to the Court by August 21, 2012;

8. **WHEREAS**, the Parties respectfully request that the Court grant an extension of time to submit a joint status report to October 2, 2012, or at time that the Court deems reasonable.  This the second extension requested by Plaintiff.

////

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

The time identified in the Court's Order dated June 19, 2012 requiring that a joint status report be filed by August 21, 2012, is now extended by forty-five (45) days, so that the joint status report is now due on October 2, 2012.

**IT IS SO STIPULATED.**

Dated:  August 23, 2012          **COLDERBANK LAW**

By:   /s/ *Tania H. Colderbank*
Tania H. Colderbank, Attorney for plaintiff
Reynaldo Castillo

Dated:  August 23, 2012          **TRIMBLE SHERINIAN & VARANINI**

By:   /s/*Jerome Varanini*
Jerome Varanini, Attorney for defendants
Ravinder Kadevari, M.D., and Chris Pilaczynski

**IT IS SO ORDERED.**
**Date: 8/22/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE