IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO

        Plaintiff(s)

vs.

SOLANO COUNTY JAIL, et al.

        Defendants.

No. 2:08-CV-03080 GEB ~~GGH~~ KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, TANIA H. COLDERBANK, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 4, 2012, by the Honorable MAGISTRATE KENDALL J. NEWMAN, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Infectious disease specialist, Jay V. Solnick, M.D.'s opinion is required to establish the prisoner's diagnosis and causation to a medical probability

See attached CV and fee schedule

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,000.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:08-CV-03080 GEB ~~GGH~~ KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 1000⁰⁰ | Infectious disease specialist, Jay V. Solnick, M.D.'s opinion to establish the prisoner's diagnosis and causation to a medical probability | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of August, 20 12, at Sacramento, California.

*/s/ Tania H. Colderbank*
Tania H. Colderbank
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: Aug 22, 2012

*/s/*
United States District Judge/Magistrate