UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO JOSHUA CASTILLO, | CASE NO. CIV-S-08-3080 GEB KJN P |
| Plaintiffs, | ~~STIPULATION FOR~~ **ORDER GRANTING THE FILING OF SECOND AMENDED COMPLAINT** ~~AND PROPOSED ORDER~~ |
| vs. | |
| SOLANO COUNTY JAIL, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Reynaldo Joshua Castillo, by and through his counsel of record, Ms. Tania H. Colderbank, Esq., and defendants Ravinder Kadevari, M.D., and Chris Pilaczynski, P.A., by and through their counsel of record, Jerome M. Varanini, Esq., hereby request that pursuant to the stipulation of counsel (see signed stipulation at Dkt. No. 91), this court issue its order granting the filing of the attached Second Amended Complaint in this matter.

Dated: September 26, 2012         COLDERBANK LAW

                                  /s/
                                  _____

                                  By: Tania H. Colderbank
                                  Attorney for Plaintiff
                                  Reynaldo Joshua Castillo
////

1

| | | |
|---|---|---|
| 1 | Dated: September 26, 2012 | TRIMBLE, SHERINIAN & VARANINI |
| 2 | | _/s/_____ |
| 3 | | By: Jerome M. Varanini<br>Attorney for Defendants |
| 4 | | Chris Pilaczynski, P.A.<br>and Ravinder Kadevari, M.D. |

### ORDER

Pursuant to the stipulation of the parties filed in this matter, the request for an order permitting the filing of plaintiff's proposed Second Amended Complaint is GRANTED. The Clerk of Court is directed to detach and separately file the Second Amended Complaint that is currently attached to the parties' stipulation, striking the word "proposed" that is contained in the title of the complaint (see Dkt. No. 91).

DATED: October 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cast3080.stip.2ndAmCmplt.

2