IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO J. CASTILLO,

    Plaintiff,                    No. 2:08-cv-3080 GEB KJN P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.             ORDER

_____/

    Plaintiff Reynaldo Joshua Castillo, by and through his counsel of record, Tania Colderbank, has notified the court that the parties have reached a final settlement agreement, and requests dismissal of this action in its entirety, with prejudice. (See Dkt. Nos. 96, 92.)

    Accordingly, for good cause shown, this action is hereby dismissed with prejudice. See Fed. R. Civ. P. 41(a)(2). The Clerk of Court is directed to close this case.

    SO ORDERED.

DATED: October 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cast3080.vol.dsms